# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

   Plaintiff,

   v.        CASE NO. 2:25-cr-20072-HLT-TJJ

**LEONEL SANDOVAL-MEDINA,**

   Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ILLEGAL REENTRY**
**[8 U.S.C. § 1326]**

On or about July 26, 2025, in the District of Kansas, the defendant,

**LEONEL SANDOVAL-MEDINA,**

an alien to the United States of America, who had been previously deported and removed from the United States on or about May 26, 2010, at or near Laredo, Texas, was found within the United States after having voluntarily reentered and without having

obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL.

September 17, 2025                             s/Foreperson
DATE                                           FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: *Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Ryan.Huschka@usdoj.gov
Ks. S. Ct. No. 23840

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### **Count 1: Illegal Reentry**

- Punishable by a term of imprisonment of not more than twenty (20) years. 8 U.S.C. § 1326(b)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).